## Nellie Jeffries, Plaintiff-Appellee, v. George C. Adams, Defendant-Appellant.

Gen. No. 46,827.

First District, Third Division.

September 26, 1956.

Rehearing denied October 23, 1956.

Released for publication November 8, 1956.

Lucas T. Clarkston, for defendant-appellant; Heber T. Dotson, for plaintiff-appellee. Opinion by JUDGE KILEY. Not to be published in full.